UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JASMINE TORO,                                              :
:
                              Plaintiff,                         :
:               23-CV-1589 (VSB)
                -against-                       :
:                    **ORDER**
EXTREME GLOW NA CORPORATION,                               :
:
                              Defendant.                         :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on February 27, 2023, (Doc. 1), and filed an affidavit of service on March 13, 2023, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was March 31, 2023.  (*See* Doc. 5.)  On March 22, 2023, Defense counsel filed a notice of appearance, (Doc. 7), and a letter motion, with consent of Plaintiff, requesting an extension until May 1, 2023 to answer the complaint, (Doc. 6).  To date, Defendant has not responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 24, 2023.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 11, 2023
             New York, New York

                                                              _____
                                                               VERNON S. BRODERICK
                                                               United States District Judge